Order modified, and as modified affirmed, without costs.

---

MORRIS MEYER, Respondent, *v.* WILLIAM J. RIORDAN, Appellant.

APPEAL from a judgment in favor of plaintiff.

Uriah W. Tompkins, for appellant.

Manheim & Manheim, for respondent.

*Per Curiam.* If the appellant was dissatisfied with the statement made by the trial justice to the jury, he should have requested him to charge that there was no evidence *pro* or *con* upon the fact concerning which the jury wished to be instructed. Appellant's mere exception to the instruction given, we think, was not sufficient. 32 N. Y. St. Repr. 612; 3 Abb. Ct. App. Dec. 139.

Judgment is affirmed, with costs.

Present: FITZSIMONS, Ch. J., CONLAN and O'DWYER, JJ.

Judgment affirmed, with costs.